IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BERNIE L. LEBS | ) |
| | ) |
| v. | ) NO. 3-14-0899 |
| | ) JUDGE CAMPBELL |
| ESSEX TECHNOLOGY | ) |
| GROUP, INC. | ) |

ORDER

The parties have filed a Joint Stipulation of Dismissal Without Prejudice (Docket No. 16). Accordingly, the action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. The pretrial conference set for September 25, 2015, and the jury trial set for October 6, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE