UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BERNIE L. LEBS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-cv-00899 |
| | ) | |
| v. | ) | |
| | ) | |
| ESSEX TECHNOLOGY GROUPS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 17, 2014.

KEITH THROCKMORTON, CLERK

/s/ Debby Sawyer